UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Action No. 25-cr-10014-ADB |
| | * | |
| JENEL FLOUNOURY and JUSTIN FLOUNOURY, | * | |
| | * | |
| Defendants. | * | |

**PRETRIAL ORDER**

BURROUGHS, D.J.

It is hereby ORDERED that:

1.    Trial shall commence on **August 3, 2026**, at **9:00 A.M.** in Courtroom 17.

2.    The government shall by **July 13, 2026**, disclose to the defendants:

a)    The exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

b)    A general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

3.    Statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or their case-in-chief shall be produced by **July 20, 2026**, unless the parties state otherwise.

4.    The parties shall by **July 17, 2026**, file proposed voir dire questions, proposed jury instructions, any motions *in limine* with supporting memoranda, and a trial brief.  Replies to any motion in limine shall be filed by **July 24, 2026**.

5.    The government shall by **July 13, 2026**:

a)      Provide the defendants with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendants of the name and address of that prospective witness.

b)      Provide the defendants with copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendants with a copy of the exhibit and a supplemental exhibit list.

6.      The defendants shall by **July 17, 2026**:

a)      Provide the government with the names and addresses of the witnesses the defendants intend to call in their case-in-chief. If the defendants subsequently form an intent to call any other witness in their case-in-chief, they shall promptly notify the government of the name and address of that witness.

b)      Provide the government with copies of the exhibits and a premarked list of the exhibits the defendants intend to offer in their case-in-chief. If the defendants subsequently decide to offer any additional exhibits in their case-in-chief, they shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

7.      The parties shall by **July 27, 2026**, file a written stipulation of any facts that they agree are not in dispute.

**8.      The final pretrial conference and hearing on any outstanding motions shall be held on July 23, 2026, at 10:00 am.**

**NOTE: IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN**

2

**THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY THEM TO SPECIFICALLY DESIGNATED DATES.**

        **SO ORDERED.**

March 11, 2026                                         */s/ Allison D. Burroughs*
                                                       ALLISON D. BURROUGHS
                                                       U.S. DISTRICT JUDGE