IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES,

v.

JENEL FLOUNOURY, and
JUSTIN FLOUNOURY,
                    Defendants.

Criminal No. 25-cr-10014-ADB

**ASSENTED TO MOTION TO MODIFY THE PRE-TRIAL
ORDER [D. 94] DEADLINES AND TO CONTINUE THE
PRE-TRIAL CONFERENCE TO JULY 30-31, 2026**

The United States, with the assent of the Defendants, hereby moves to modify this Court's pre-trial order by moving the pre-trial deadlines back seven days.   In support, the government states that the original Order contemplated a trial commencing on August 3, 2026. The trial will now commence on August 10, 2026, with empanelment on August 3, 2026.

In light of the new date upon which the trial will commence, the United States asks this Court to similarly modify the pre-trial deadlines:

1.  By **July 20, 2026** (rather than July 13, 2026) the government will disclose exculpatory information identified in LR 116.2 not previously produced; and will provide notice of any proposed 404(b) evidence. [D. 94], 2(a)-(b);

2.  By **July 27, 2026** (rather than July 20, 2026) the parties will disclose any statements of witnesses each party intends to call in its case in chief (as defined in 18 U.S.C. § 3500 and Fed. R. Crim. P. 26(f)). [D. 94], 3;

3.  By **July 24, 2026** (rather than July 17, 2026), the parties shall file proposed voir dire, proposed jury instructions, any motions in limine, and a trial brief.  Replies to any

motion in limine shall be filed by **July 31, 2026** (rather than July 24, 2026).  [D. 94], 4;

4.  The government shall by **July 20, 2026** (rather than July 13, 2026)

   a.  Provide the Defendants with names and addresses of witnesses the government intends to call.  If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendants of the name and address of that prospective witness.

   b.  Provide the defendants with copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendants with a copy of the exhibit and a supplemental exhibit list.  [D. 94], 5;

5.  The defendants shall by **July 24, 2026** (rather than July 17, 2026):

   a.  Provide the government with names and addresses of witnesses the defendants intend to call.  If the defendants subsequently form an intent to call any other witness, the defendants shall promptly notify the government of the name and address of that prospective witness.

   b.  Provide the government with copies of the exhibits and a premarked list of exhibits the defendants intend to offer in their case-in-chief. If the defendants subsequently decide to offer any additional exhibit in its case-in-chief, the defendants shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list. [D. 94], 6; and

6. The parties shall by **July 24, 2026** (rather than July 17, 2026), file any written stipulation of any facts they agree are not in dispute. [D. 94], 7.

Should the Court grant the requested modification to the scheduling Order, the parties further request that the Pre-trial conference, now scheduled for July 23, 2026, be moved to July 30-31, 2026. Both parties are available on those dates.

Counsel for the defendants have agreed to the proposed modifications.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ Mark J. Grady
Mark J. Grady
John Potapchuk
Assistant United States Attorneys

## CERTIFICATE OF COMPLIANCE

I hereby certify that counsel for the defendants have agreed to the relief sought by way of this motion.

Date:  June 25, 2026                    /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date:  June 25, 2026                    /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

3