UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No:  1:25-cr-10014-ADB |
| | ) | |
| JENEL FLOUNOURY, and | ) | |
| JUSTIN FLOUNOURY, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-mentioned case as counsel for the United States of America.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ John Potapchuk*
John L. Potapchuk, BBO# 699027
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3326
John.Potapchuk@usdoj.gov

Dated: July 20, 2026

## CERTIFICATE OF SERVICE

I, John L. Potapchuk, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *John Potapchuk*
Assistant United States Attorney

Dated: July 20, 2026