UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JENEL FLOUNOURY and
JUSTIN FLOUNOURY

Defendants

No. 25-cr-10014-ADB

**DISMISSAL OF COUNT TWO OF THE INDICTMENT**

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses Count Two of the Indictment, which charges the Defendants with larceny from a credit union, in violation of 18 U.S.C. § 2113(b). In support of this dismissal, the government states that the Defendants agreed to plead guilty to conspiracy charges pursuant to a plea agreement in which the government agreed to dismiss Count Two.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: October 26, 2026

By: */s/ Mark Grady*
Mark Grady
Assistant U.S. Attorney

Leave to File Granted:

__________________________
Hon. Allison D. Burroughs
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Mark Grady*
Mark Grady
Assistant U.S. Attorney

Date: October 26, 2026